42

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

<u>JURISDICTION</u>

28 U S C 1343 CIVIL RIGHTS & ELECTIVE FRANCHISE

28 U S C 1332 DIVERSITY OF CITIZENSHIP

ANITRA ELAINE CRAWFORD,

      Plaintiff,

vs.

RANDALL STEPHENSON, AT&T, et al

      Defendant

Case 2:16-cv-10218
Judge Edmunds, Nancy G.
MJ Whalen, R. Steven
Filed: 01-22-2016 At 09:40 AM
CMP CRAWFORD V. STEPHENSON ET AL (N A)

AMENDED COMPLAINT

**MOTION TO AMEND COMPLAINT**

Venue is proper pursuant to 28 U S C 1391 issues within this amended complaint continues to happen in this district

AMENDED COMPLAINT

I have filed an amended complaint because of my civil rights violated

by Judge Denise Page Hood and Judge Stephen J. Murphy III of the U.S. Eastern

District Court of Michigan. Both have failed of their position to remedy my issue

that was brought previously before the court. As an aggrieved person, issues

continue and have made me a target to various forms of harassments, suffering

sudden injuries, inhuman acts by strangers of their interference directly and

indirectly when I'm with my children trying to enjoy activities and events, when I

have business appointments or try to enjoy events or go about daily routine

activities.

I have suffered harassments while driving both on local streets and on

highways by drivers intentionally doing foolish and distracting acts of rushing out

at the last moment in front of me, almost causing an accident or to cause me to

miss an exit or be late and hinder my arrival to my destination. There have been

AMENDED COMPLAINT

several times of nearly being hit by vehicles, when having the right of way, being

stalked, and at random persons commit foolish acts and sometimes loudly hollering

out derogatories when passing by me in vehicles or on foot.

I'm suffering everyday whether it's to my health or dealing with the

public's foolishness. I have complaints, grievances, pictures, videos and keep a

record of such acts which reflects dates, times and patterns of harassments that

shows it to be deliberately plotted and proof of me being targeted.

Another issue that I have are with the cell towers, transmission lines

and antennas that give off direct and alternating currents that are responsible for

producing electromagnetically charged fields and transmissions of signals

(information) being received and transmitted. Instant exposure and absorption of

emissions wherever I'm at and my health affected by it. I have researched and

AMENDED COMPLAINT

received material on radiation effects and other info on protection within the

environment from various agencies. (government and non-government).

However, I still suffer from the effects of high frequency

transmissions, whether out in public and inside residence. A few times I have

witness heavy static when pulling off my coat and sweater just coming from

outside. The absorption rate and exposure are high due to the severe pain, heavy

vibrations oscillating throughout my body, burns and shocks which are carried on

in the form of induction of electrostatic, externally and internally of the body

experienced on a daily and nightly basis. And there's a flow of static throughout

the surface of my room and is felt upon my skin, clothes, electronics and other

materials.

AMENDED COMPLAINT

Other issues are the capabilities and services that these transmitting

structures provide. Since communication and other utilities are supplied and there's

a saturated charged field, signals from any source are generated within an open

frequency and transmitted to registering databases that automatically capture

signaling transmissions, with the aid of my implant that provides a stable

frequency and instantly and continuously transmits my signals. This information

ranges from all confidential to business including genetic information. Also

provides capabilities for surveillance and real time tracking.


### VIOLATIONS

CIVIL RIGHTS

AMENDMENTS 1st  13th  & 14th

| | |
|---|---|
| 42 U S C 1985 | 18 U S C 241 |
| 42 U S C 1983 | 18 U S C 242 |
| 42 U S C 1986 | 18 U S C 1581 |
| 42 U S C 1988 | 18 U S C 249 |

SECTION I

AMENDED COMPLAINT

Patterns of harassment have become routine. Displayed acts of delay and compromise, defamation and slander, deceit and intimidation, false witnessing and falsifying documents or records and hostile behaviors are committed whether on or off duty. These acts and behaviors listed, is in connection with fraudulent and criminal acts that will be outlined throughout this complaint. Display of being subjected to daily harassments, invasion of privacy, severe bodily injuries, humiliation, intentional infliction of emotional distress, cases of physical violence and deception with prevocational acts. Defendants and coconspirators actions are in unison, carrying out and displaying both chain and civil conspiracies and a deliberate reckless disregard with malice, intentionally violating various human rights which is a constitutional violation and subjection of acts of slavery.

**<u>VIOLATIONS</u>**

INTERCEPTED COMMUNICATIONS
ELECTRONIC SURVEILLANCE

AMENDMENTS   1ST   4TH   9TH

50 U S C 1810                          18 U S C 2511 (1)(a)-(e)(i)
18 U S C 2707                          18 U S C 1963

SECTION 2

AMENDED COMPLAINT

Defendants and coconspirators are held liable for willfully knowing that all communications {WIRE, ORAL & ELECTRONIC} were and continues to be **broadcasted over an open frequency**. And allow easy access to computers, phones (landline/wireless), other transmitting electronic devices and any databases that captures, registers and stores information in real-time. This automatically affects any information including all personal, confidential, business transactions, health matters and my genetic info (DNA) and daily activities. This covers also any and all types of contracts, which are considered breached and is voided.

## VIOLATIONS

### MEDICAL MALPRACTICE

### HIPPA & HITECT ACTS

42 U S C 1177                         42 U S C 13409
42 U S C 1180 (b)(3)                  42 U S C 13421

### SECTION 3

Physicians, dentists, nurses, specialists, psychiatrists and other

outpatient services are liable for the violations outlined in section(s) 1, 2 & 3;

Failed to uphold the HIPPOCRATIC OATH, failed to carry out the FIDUCIARY

AMENDED COMPLAINT

DUTY. Individuals responsible continues to allow me to be subjected to

reoccurring injuries and environmental hazards and have breached all contracts.

According to Michigan State Law: **MCL 333.17078**, the assistant to the physician,

has Assistant Privilege. However, if such involvement to violations listed, then the

privilege is void. For the record, I wasn't aware of the statute of limitations, at the

time of the first occurrence of the malpractice, and that Federal Courts do not

recognize Doctor-Patient Privilege. The court can still view such evidence as a

violation of the 4th amendment and issues are currently part of an ongoing

conspiracy, which is the primary source to my defamation claim and has partial

responsibility to my present injuries. Medical professionals knew and continue to

allow unauthorized and illegal acts to occur, resulted in delayed treatment that

could have cured all my health issues.

Instead falsified my diagnosis after not believing or taking me

AMENDED COMPLAINT

seriously when I expressed personal details about my health, and showed a strong

bias after hearing of such details of my health, resulting in falsely labeling me with

a mental illness. Such opinionated and unprofessionalism has caused defamation

and slander amongst my medical record and with other involved entities. This has

created a pattern with other physicians and specialists that follow the same pattern

of the first doctor that started this problem. Appointments are rushed and not

thorough, or focused on the main issue of my health. I'm subjected to many

unnecessary tests and recommendations for other procedures and repeatedly asked

unnecessary questions that pertain to mental illness issues. Due to the violations in

section(s) 1 & 2, there are concerns with unauthorized handling, tampering or

alteration of medical records and conflicting statements on forms I received

compared with those records.

AMENDED COMPLAINT

1

## DEFENDANTS AND CO-CONSPIRATORS

2  AT&T & Parent Companies   Subsidiaries   Affiliates

3
4  FBI

5  Southfield OCC Library & Police Dept.
   Royal Oak OCC Security
6  Royal Oak Police Dept.
7  46th Judicial District Court & Probation Dept.
   Kimila D. Mcclain      Karen Brocks      Tamika Pittman
8
9  Dept. of Education
   CDC
10 CMS
   CIA
11 SSA
   FCC
12 FDA
13 State of MI Dept. of Community Health

14 EPA
15
   State of MI Public Service Commission Dept. of Licensing and Regulatory Affairs
16

17 **St. John Hospital & Medical Center**
   Dr. Joshua Kachner
18 Dr. Kenneth Son
19
20 **Lakeside Neurology, P.C**

21 **Pioneer Behavioral Health**

22 **St John Providence Behavioral Health Eastwood Clinics**
   Nora Brandon
23

24 **Great Expressions Dental Center**
   Dr. Sean Sinasac
25

AMENDED COMPLAINT

**DEFENDANTS AND CO-CONSPIRATORS**

**State of MI Dept. of Licensing and Regulatory Affairs**
Board of Medicine & Legal Affairs Division

**Beaumont Royal Oak Campus**
Dr. Theodoros Valachos
Dr. Samer Ballouz
Dr. Joanne Theresa Mulhere
  **Psychiatrists**
 Lopa Rana
 Dunyue Lu
 Hiten Patel

**Henry Ford Health Systems Detroit Campus**
Dr. David Richardson
Dr. Kevin Rooney
Dr. Brendan Kelley
Dr. Deanna Minisee Ryce
Dr. James Nohl
Dr. Hiba Hadid
Dr. Jonathan Perez
Dr. Jason Folt
Dr. Patrick Bradley
Dr. Peter Vajda
Frank Llijanc- RN
 **Psychiatrists**
Mark Ketterer

**Botsford Hospital**
Matthew A. Warpinski

**Marc Adelman**
**Private Practice**

**Midwest Medical Center**
Joel Shavell

**Northland Planning**

**Northwest Eye Physicians**
Tobias George

**Eastside Eye Physicians**
Michael Clune

**Harper Dermatology & Laser Beauty P. C.**
Usha R. Sood

**GI Medicine & Associates P.C.**
Fernando N. Gamarra

**Morang-Chester Clinic**
Barry Braver

**Oakland County**
Oakland Family Services
Childrens Village Court
Department of Health & Human Services
    Childrens Protective Services
 Circuit Court (Family Division)
**Beaumont Hospital (Royal Oak Campus)**
Dr. Theodoros Vlachos    Katherine Stevenson (social worker)

**3rd Judicial Circuit Court**
Judge Muriel D. Hughes
Judge Robert J. Colombo Jr

**Friend of the Court**
(Family Division)
Karman Foshee, MSW
(Referee's Division)
Joseph A. Schewe
Diane G. Biggar

Mr. and Mrs. Baker

AMENDED COMPLAINT

**DEFENDANTS AND CO-CONSPIRATORS**

3rd Detroit Police Precinct     Detroit Police Dept. Public Safety Headquarters
Force Investigation
12th Detroit Police Precinct       Sgt. Steven L. Peil

2nd Detroit Police Precinct      Office of Chief Investigator
Agent Nikki Coleman
Wayne State University Police Dept.
D. Mahood          Canton Police
Officer Wells
3rd Judicial Circuit Court
Judge Lita Masini Popke        U S & Canada Border Patrol


Detroit / Taylor Neighborhood Legal Services
Community Management Associates Inc.
Neighborhood Service Organization
State of MI Dept. of Civil Rights for Housing
Gateway Townhomes
Marista Manor


**Attorney General**, Loretta E. Lynch

**U S State Attorney**, Barbara L. McQuade

**Police Commissioners**: Bennie N. Napoleon
Michael J. Bouchard

**U S Dept. of Housing and Urban Development**:
Julian Castro

**DHHS**: Sylvia Mathews Burwell
**MDHHS**: Nick Lyon

**Commissioner of U S Customs Border Patrol**: R. Gil Kerlikowske

## CONSPIRED UNLAWFUL ACTS

AT&T
&
Parent Companies   Subsidiaries   Affiliates

**All are Subject to violations in section(s) 1, 2 and the 4th amendment.**

**Major concerns that affects receiving help/relief from governmental and non-governmental entities:**

1. Interaction and involvement with government and it's agencies

2. Having a partnership, contracts and funds of an agreed amount in exchange for services with the FBI

## Other major concerns

Aiding in allowing individuals responsible for illegal acts by their usage of outside utility/transmission structures that provides reception of electricity/communications with the usage of devices/implants as a form of a dangerous weapon against its target

1. History of company having issues of:
   (a) excessive signal output
   (b) hazardous voltages
   (c) improper interconnection
   (d) monopolization

2. Responsible for various classified contracts and employees having government security clearances

PAGE 13

Federal Bureau Investigations
Detroit Field Location

**Subject to violations in section(s) 1 & 2**

Dates 8/17/2012 & 11/28/2012 met with an agent to discuss and hand over material as evidence to the harassments that subjected me as a target. After initial conversations, was advised by the agent's information pertaining to what I handed in. There wasn't any more contact from them all through and up to this year (2016), with no resolution.

Date 11/16/15 again went to location and met with agent to discuss and give over materials as evidence. Was advised again and is on standby for any resolution over the matter that was discussed.

Oakland Community College Library & Police Dept. (Southfield)
Oakland Community College Security (Royal Oak)
Royal Oak Police Dept.
46th Judicial District Court & Probation Dept.
Kimila D. Mcclain      Karen Brocks      Tamika Pittman

**All are subject to violations in sections 1 & 2**

Subjected to false arrest after being distracted and provoked to physical violence to intentionally hinder researching material on AT&T for court

Falsified arrest charge and was subject to delay and unnecessariness of court appearances, drug testing, work release, finger prints and paying probationary fees.

PAGE 14

| Dept. of Education | State of MI<br>Dept of Community Health |
|---|---|
| Centers for Disease Control<br>and Prevention | Centers for Medicare &<br>Medicaid Service |
| Central Intelligence Agency | Social Security Administration |
| Federal Communications Commission | Food and Drug<br>Administration |

**All subject to violations in sections 1, 2 & Title 50 section 431(f)**

## FDA

Complaints were recently made with the **FDA**; No one from agency was able to help me with current issue. However, a confirmation notice was sent via email of stating that my information will remain for public record.

## FCC

**Complaints were made twice with the FCC on dates 9/2012 & 9/2015**

Complaints were recently made to the **FCC;** Multiple times of trying to contact someone at the agency that would help resolve issues outlined in complaint.

PAGE 15

Received conflicting statements, the runaround to different persons that helped partial with no resolution, requested to speak to managers that either was available, without resolution or several times of leaving messages for them to respond back, over urgent issues and the messages weren't returned. Literature was sent via email over the very issue I'm trying to get help and resolution over now.  On date 9/2012, an initial complaint was filed and a confirmation notice was sent. As a result, a follow up call from the agency stated, not able to provide enough man power to help.

Environmental Protection Agency

**Subject to violations in section(s) 1 & 2**

Complaint was made recently with a received confirmation notice. Calls were made to a lists of agents. Either their extensions were assigned to someone else, number was disconnected or agent was promoted to another position of another field. Some agents with minimum info tried to help. After finally locating someone who was experienced in the area that I needed help with, they gave advice, referred me to an agent and sent via email helpful literature. Once contacting the referred agent, there was an issue of my messages not being returned. Since then no further contact or any resolutions.

AMENDED COMPLAINT

State of MI Dept. of Licensing and Regulatory Affairs

Public Service Commission

**Subject to violations in section(s) 1 & 2**

Complaint was recently made with calling several times to inquire. Experienced

conflicting statements between those that worked at the company. Information was

given by the manager of the commission to contact FCC, and that their business

only deals with utility usage and billing, and wasn't able to help me with my issue.

**St. John Hospital & Medical Center**
Dr. Joshua Kachner
Dr. Kenneth Son

**Beaumont Royal Oak Campus**
Dr. Theodoros Valachos
Dr. Samer Ballouz
Dr. Joanne Theresa Mulhere
   **Psychiatrists**
Lopa Rana
Dunyue Lu
Hiten Patel

**St John Providence Behavioral Health**
  **Eastwood Clinics**
  Nora Brandon

**Lakeside Neurology, P.C**

**Pioneer Behavioral Health**

**Henry Ford Health Systems**
  **Detroit Campus**
 Dr. David Richardson
 Dr. Kevin Rooney
 Dr. Brendan Kelley
 Dr. Deanna Minisee Ryce
 Dr. James Nohl
 Dr. Hiba Hadid
 Dr. Jonathan Perez
 Dr. Jason Folt
 Dr. Patrick Bradley
 Dr. Peter Vajda
 Frank Llijanc- RN

PAGE 17

AMENDED COMPLAINT

**Great Expressions Dental Center**
  Dr. Sean Sinasac

**Botsford Hospital**
Matthew A. Warpinski

**Midwest Medical Center**
  Joel Shavell

**Northwest Eye Physicians**
  Tobias George

**Eastside Eye Physicians**
  Michael Clune

**Psychiatrists**
Mark Ketterer

**Northland Planning**

**Marc Adelman**
**Private Practice**

**GI Medicine & Associates P.C.**
  Fernando N. Gamarra

**Morang-Chester Clinic**
  Barry Braver

**Harper Dermatology & Laser Beauty P. C.**
  Usha R. Sood

**State of MI**
**Dept. of Licensing and Regulatory Affairs**
Board of Medicine & Legal Affairs Division

  This includes past physicians and other specialists. Subject to violations with all those listed include nurses, and other affiliates involved on date of services attended.

**All are subject to violations in section(s) 1, 2 & 3**

The statute of limitations is past for me to pursue a Medical Malpractice case in State Court against Dr. Kachner. However, the issue that arise out from his conduct has cause adverse effects with my medical records and is still part of an ongoing conspiracy.

Issues stemmed from Dr. Son's conduct reflects wrong diagnosis of my pregnancy and advice given, which is also part of an ongoing conspiracy.

PAGE 18

AMENDED COMPLAINT

With Dr. Ballouz, an issue of information documented in my medical records and no one can explained who recorded them into my file. And issues of abnormal readings of some tests done, though I was told that I was ok. This is also an issue with other tests done at other hospitals.

## Oakland County

Circuit Court (Family Division)                    Oakland Family Services

Department of Health & Human Services              Childrens Village Court
    Childrens Protective Services

Beaumont Hospital (Royal Oak Campus)
Dr. Theodoros Vlachos     Katherine Stevenson (social worker)

"And all other medical, court personnel & affiliates involved on dates of service"

### All subject to violations in section(s) 1, 2 & 3

All have conspired to deliberately take away permanently my daughter based on stated issues of violations in section(s) 1 & 2. I have missed much time of my daughter's development and have been falsely accused and suffered defamation and faced unnecessary court appearances, meetings, giving documents to prove something already known or doesn't apply and baring of my daughter being around unknown persons as foster guardians and not knowing the status of her health and surroundings.

AMENDED COMPLAINT

I have witness Ms. Price, **a Child Protective Specialists, of the DHS**, falsifying my daughter's verification of birth form, issues of forms received with different appearances of signatures by judges, increased issues outlined in section '1' of violations pertaining to my personal records and in court has perjured herself under oath. After false allegations to and reports documented from Child Protective Services on me, Ms. Price has intentionally subjected me to meeting demands that determined the decision to be able to take my daughter home. Instead delayed time with my daughter after days of her being born. After meeting those demands, Ms. Price, deliberately changed plans based on more false allegations and scheduled my daughter to be remove from my custody while at the hospital.

Ms. Wearing, **a Foster Care Worker, at the Oakland Family Service Center**, violated my 1st amendment by showing and making bias comments against the nature of my religion and how I share it with my daughter, at the family center and at court. I witnessed in court, to her perjuring under oath, increasing false allegations against me and added more defaming statements, to not only ruin my reputation, but to not have any chance to be considered as a nurturing parent and have custody of my daughter. She has shown by her attitude and behavior, set on to deliberately destroy any chance to have a relationship between my daughter and I based on violations of section(s) 1 & 2.

AMENDED COMPLAINT

| | |
|---|---|
| 3rd Detroit Police Precinct | Detroit Police Dept. Public Safety Headquarters |
| | Force Investigation |
| 12th Detroit Police Precinct | Sgt. Steven L. Peil |
| | |
| | Office of Chief Investigator |
| 2nd Detroit Police Precinct | Agent Nikki Coleman |
| | |
| Wayne State University Police Dept. | Canton Police |
| D. Mahood | Officer Wells |
| | |
| 3rd Judicial Circuit Court | |
| Judge Lita Masini Popke | U S & Canada Border Patrol |

**All are subject to violations in section(s) 1 & 2**

Filed 2 cases, separate incidents; 1. A complaint of physical abuse
2. A complaint over threatened to be shot

With the first incident there was too many issues to get the case resolved, with several entities involved, resulting in no resolution and case being closed. The assailant is still free without being arrested. With the 2nd incident there wasn't a follow up call and neither case was thoroughly investigated.

The same issues of harassments occurring with me presently are the same issues that I had witness of my ex-husband. I was present with him with other police precincts and before Judge Popke, at the 3rd Circuit Court. He presented necessary evidence and tried to apply for a PPO against his harasser. All evidence and the PPO were both denied.

With U S Customs, I was harassed unnecessarily and deliberately hinder me from crossing over into Canada, based on false allegations and intentionally kept me from planned activities in their country with my children. This was a first occurrence that I had experienced, for I visited many times before with no change in status, both by tunnel and over the bridge and now face this situation at the same time of present harassments.

PAGE 21

AMENDED COMPLAINT

| | |
|---|---|
| **3rd Judicial Circuit Court** | **Friend of the Court** |
| Judge Muriel D. Hughes | (Family Division) |
| Judge Robert J. Colombo Jr | Karman Foshee, MSW |
| | |
| | (Referee's Division) |
| Mr. and Mrs. Baker | Joseph A. Schewe |
| | Diane G. Biggar |

Includes all court personnel and other associates involved on dates of service

**All are subject to violations of sections 1 & 2**

All have conspired to intentionally defame and ruin my reputation as a nurturing mother, resulting in trying to deceptively remove my sons from my custody by changing custody status. Any attempt or ongoing activities planned for my children was deliberately downgraded and slandered. Favoritism was shown by the courts more for the father based on false allegations made upon me. And subjected to unnecessary court appearances, meetings and changes to visiting hours of our children.

Confusion with the change and starting date of support are issues of concern. I have used the chain of command, even a letter to the Attorney General to resolve issues that affects both me and my children's father and after 3.5 years, there's still no resolution.

| | |
|---|---|
| Neighborhood Legal Services | Community Management Associates Inc. |
| Detroit / Taylor | |
| | Neighborhood Service Organization |
| State of MI Dept. of Civil Rights | |
| for Housing | Gateway Townhomes |
| | |
| U S Dept. of Housing and Urban Development | Marista Manor |

**All are subject to violations in section(s) 1, 2 & Title 42 section 3617**

AMENDED COMPLAINT

All have taken an interest to provide me with housing services, with no positive results on finding housing. Issues of misplaced documents, having to file grievances and complaints with no resolution, being told to go through the same referral services that previously showed no results, was told financial amount received is not enough or a few dollars over program limit, resulting with me having options for help to find a place, conflicting statements and problems by housing resources with delay of recent complaint filed with the U S Dept. of Housing and Urban Development. I'm still homeless and facing issues outlined in this complaint, have determined that all of these issues, including with those involved, have deceptionally helped me with the intent for me not to secure permanent housing.

AMENDED COMPLAINT

# REMEDY DEMANDED

Aggrieved plaintiff demands for relief against all pain and suffering, by awarding Compensatory, Irreparable and Punitive damages, Declaratory and Injunction relief, to perform the process of Forfeiture and Seizure when and where necessary and award other Special Damages accordingly

*Anitra E. Crawford*

PRO SE ATTORNEY

1 / 22 / 16

Date

**ANITRA CRAWFORD**
**P. O. BOX 885**
**Wayne, MI 48184**
**313-502-2247**
**aecrawford77@yahoo.com**



EXHIBITS AND REFERENCES

## TABLE OF CONTENTS

EXHIBITS                                    PGS. 1-11

REFERENCES                                  PGS. 1-2

AMENDED COMPLAINT

## SUPPORTING COURT CASES

TERKEL v AT&T Corp; Cite 441 F.Supp.2d 899 (N.D.ILL.2006)

HEPTING v AT&T Corp; Cite 439 F.Supp.2d 974 (N.D.Cal.2006)

AMERICAN CIVIL LIBERTIES v NSA; Cite 438 F.Supp.2d 754 (E.D.Mich.2006)

JEWEL v NSA; Cite 673 F.3d 902 (9th Cir. 2011)

AMNESTY INTERN USA v CLAPPER; Cite 638 F.3d 118 (2nd Cir. 2011)

BUFANLINO v MI BELL; Cite 404 F.2d 1023 (6th Cir. 1969)


## SUPPORTING FACTS

AT&T Takes a Big Step Back on Privacy; Consumer Privacy, Center for Democracy & Technology  June 23, 2006

IEEE COMPUTER SOCIETY: Security & Privacy; Risking communications security and the potential hazards of the, 'Protect America Act'; Issue No.1, January/February (2008 vol.6) pp: 24-33

CALEA Archive: Electronic Frontier Foundation, 3/14/2009

CALEA: The Perils of Wiretapping the Internet, 3/14/2009

CALEA: Frequently Asked Questions, 3/14/2009

Ryan Singel, Rogue FBI Letters Hint at phone companies own data mining programs-updated, Threat Level; 3/14/2009

Ryan Singel, AT&T invents programming language for mass surveillance; Threat Level; 3/19/2009

FBI's Secret Spyware tracks down teen who made bomb threats; Wired Magazine.; 7/18/2007

SG3: The Study Group 3

Dhogal (1986); Basic Electrical Engineering, Volume 1; Tata McGraw-Hill

ELECTRONIC CODE OF FEDERAL REGULATIONS: Title 47: Telecommunications, Part 15: Radio Frequency Devices, Subpart B: Unintentional Radiators; Section 15.113 Power Line Carrier Systems

MissionScienceNasa.gov; Electromagnetics

Howstuffworks.com; inquiry to IP info

**ONLINE MEDIA RESOURCES**

TRANSMISSION LINES AND EM WAVES; Prof. R.K. Shevgaonkar, Dept. of Electrical Engineering

THE DANGERS OF WIFI; Internet Electromagnetic (side effects); Editor, Health Ranger 7; Reported by Tan News, BBC.CO.UK News Health; 5/11/2014

FCC: Consumer Complaints reference articles; (2015)

National Toxicology Program, supporting article for health; (2015)

**OTHER SUPPORTING HEALTH SOURCES**

US EPA: Radiation, Health Effects and Exposure Pathways

# UTILITY POLES

Unless other wise noted, all photos posted on this
site are copyright ©2004 by Neal McLain

## CONTENTS:

- The Archetypical Joint Pole, Defined
- Typical Joint Poles
- Non-Joint Poles
- Oddities
- Unauthorized Attachments

# THE ARCHETYPICAL JOINT POLE, DEFINED

The following definition of *Joint Pole* is an expanded version of the definition found
in *Newton's Telecom Dictionary*, 18th Edition (New York: CMP Books, 2002, p. 410;
reprinted by permission of Harry Newton).



*JOINT
POLE: A
utility pole
which supports
the facilities of
two or more
companies.  A
typical joint
pole supports
three facilities:
electric power,
cable television,
and telephone.
Some joint
poles also
support all
manner of other
devices:
streetlights,
signs, traffic
signals,
seasonal
decorations, fire
and police call
boxes,
antennas,
municipal
communications systems, OPGW (optical ground wire) fire- and police-alarm signal wiring.*

The CATV power supply receives its operating power from the power company's secondary distribution circuit, at 115 volts, 60 Hz. Depending on the power company's billing policies, CATV power supplies may be metered, or they may be billed on a flat-rate basis. The power supply illustrated here is metered; the meter is visible below the power supply.

The following sketch illustrates a typical wiring diagram for a metered CATV (broadband network) power supply:



## Joint Pole VIII

### Power, Transformers, CATV, Telephone, Fiber Optic Cable



This pole supports a separate fiber optic cable in the communications space. It's probably a voice- and data-communications cable owned by a telephone company.



The pole attachment clamp supports the fiber in a padded cylinder so that wind-induced vibrations do not cause the fiber to scrape against metal. The red plastic sleeve above the clamp identifies the name of the owner and provides a contact telephone number.



*Farmington, New Mexico, 2004*



http://gpr-expert.com/images/cellsite2.jpg

# HOW USP WORKS



**Central Office**

## IP Systems



## Cellphone antennas on top of high buildings

In some case (mainly in cities) the mobile phone companies will install sets of mobile phone antennas on top of toll existing buildings. One of the rooms and the top of the building, roof or spire is rented to the cellphone company. In the room the mobile phone company installs their equipment that drives the signal to the antenna. On the roof they will install the antennas. The people who live and work on the building where the antennas are installed on, especially on the near the location where the the antenna is connected to the building will be exposed to radiation from the side lobes of the antenna. People who live or work across the street might be exposed to the main lobes.



*picture - cellphone antenna on a building*

## Antenna related equipment

Every antenna needs a wide set of electric, electronic and computerized equipment in order to work. Amplifiers, RF transmitters, servers and controllers, air condition, backup power supply units and lots of cables. All this equipment is usually stored in a room or a container which is very close to the antenna itself. This equipment is usually a source for noise (from the air condition units) and Extreme Low Frequency (ELF) Electromagnetic Radiation (EMR) from the power units, electric cables and other equipment.









PROGRAMS    TOPICS    REFERENCE

**Understanding Radiation:** Ionizing & Non-Ionizing Radiation   Health Effects   Radiation Protection Basics

# Radiation: Non-Ionizing and Ionizing

**Ionizing & Non-Ionizing Radiation**

Radiation has a wide range of energies that form the electromagnetic spectrum (illustrated below). The spectrum has two major divisions:

- non-ionizing radiation
- ionizing radiation

Radiation that has enough energy to move around atoms in a molecule or cause them to vibrate, but not enough to remove electrons, is referred to as "non-ionizing radiation." Examples of this kind of radiation include visible light and microwaves.

Radiation that falls within the "ionizing radiation" range has enough energy to remove tightly bound electrons from atoms, thus creating ions. This is the type of radiation that people usually think of as 'radiation.' We take advantage of its properties to generate electric power, to kill cancer cells, and in many manufacturing processes.

The energy of the radiation shown on the spectrum below increases from left to right as the frequency rises.

- Main Page
- What is an Atom?
  - Atomic Mass Units
  - Atomic Shorthand
  - Nuclides & Isotopes
- Why Are Some Atoms Radioactive?
  - Radiation and Radioactivity
  - Half-Life
  - Decay Chains
  - Radioactive Equilibrium
  - Curies
  - Alpha Particles
  - Beta Particles
  - Gamma Rays
  - Other Decay Modes

### Types of Radiation in the Electromagnetic Spectrum

| | non-ionizing | | ionizing |
|---|---|---|---|

| Type of Radiation | extremely low frequency | radio<br>microwave | infrared | ultraviolet<br>x-ray<br>gamma rays |
|---|---|---|---|---|
| | non-thermal | thermal | optical | broken bonds |
| **Effects** | induces low currents | induces high currents | excites electrons | damages DNA |
| | ??? | heating | photo chemical effects | |
| **Source** | | | | |

| Source | | Wavelength | Frequency | Biological effects |
|---|---|---|---|---|
| UVA | Black light, Sunlight | 318–400 nm | 750–950 THz | Eye: photochemical cataract; skin: erythema, including pigmentation |
| Visible light | Sunlight, fire, LEDs, light bulbs, Lasers | 400–780 nm | 385–750 THz | Eye: photochemical & thermal retinal injury; skin: photoaging |
| IR-A | Sunlight, thermal radiation, incandescent light bulbs, Lasers, remote controls | 780 nm – 1.4 $\mu$m | 215–385 THz | Eye: thermal retinal injury, thermal cataract; skin: burn |
| IR-B | Sunlight, Thermal radiation, Incandescent light bulbs, Lasers | 1.4–3 $\mu$m | 100–215 THz | Eye: corneal burn, cataract; skin: burn |
| IR-C | Sunlight, Thermal radiation, Incandescent light bulbs, Far-infrared laser | 3 $\mu$m – 1 mm | 300 GHz – 100 THz | Eye: corneal burn, cataract; heating of body surface |
| Microwave | PCS phones, some mobile/cell phones, microwave ovens, cordless phones, millimeter waves, airport millimeter scanners, motion detectors, long-distance telecommunications, radar, Wi-Fi | 1 mm – 33 cm | 1–300 GHz | Heating of body tissue |
| Radio-frequency radiation | Mobile/cell phones, television, FM, AM, shortwave, CB, cordless phones | 33 cm – 3 km | 100 kHz – 1 GHz | Heating of body tissue, raised body temperature |
| Low-frequency RF | Power lines | >3 km | <100 kHz | Cumulation of charge on body surface; disturbance of nerve & muscle responses |
| Static field[2] | Strong magnets, MRI | Infinite | 0 Hz (technically static fields are not "radiation") | Electric charge on body surface; vertigo/nausea due to magnetic field |

Peripheral Nervous System



I'm looking for...                                        +HUMAN ANATOMY   +CONTACT US

Colorectal cancer
**Acamprosatum**
SYSTEMIC
CIRCULATION spur
**Images** nipple
duodenum peripheral
resistance **adderall**
postpartum depression
THE BRAIN Sibutramine
smooth muscles arthritis
ciliated abilify skeletal
muscle ULCERATIVE
COLITIS Spleen vocal
cords

**Viagra**

**Ambien**

**Phentermine**

**Ativan**

**Xenical**

**Adipex**

**Valtrex**

**Klonopin**

**Soma**

**Xanax**

**Valium**

**Acomplia**



Generic Look
213 likes

Like Page

Be the first of your friends to like
this



**Human anatomy**

The human nervous system is composed of two main parts; namely, the central nervous system (CNS) and the **peripheral nervous system** (PNS). The central nervous system is composed of the spinal cord and the brain, while the peripheral nervous system is composed of nervous tissue connecting the central nervous system to the other parts of the body. The peripheral nervous system is responsible for relaying information and feedback to the central nervous system. The PNS is composed of the autonomic nervous system and the somatic nervous system, each of which have different functions.



The autonomic nervous system is also known as the visceral nervous system. It is responsible for automatically regulating the body's internal controls, ensuring that it is functioning normally. The autonomic nervous system is further divided into the parasympathetic nervous system and the sympathetic nervous system. The parasympathetic nervous system is composed of the cranial nerves, and while the sympathetic nervous system is responsible for regulating the body's functions when the body is under stress.

All in all, the peripheral nervous system includes the spinal nerves, the roots, the cranial nerves as well as the autonomic nerves. Autonomic nerves are responsible for controlling our bodies' automatic systems, like the nerves that control the muscles lining our glands and blood vessels as well as the nerves that control our hearts.

The autonomic nervous system relays information to and from the brain and the various automatic organs in the body. The autonomic nervous system is responsible for regulating the body's systems, like when the cardiovascular systems respond to different situations. It also regulates the production of digestive fluids and the actions of your sweat glands, and other things to respond to a constantly changing environment. It also controls our bodies when they are at rest or when we are asleep.

The somatic system, on the other hand, includes the spinal and cranial nerves. These nerves transmit information to and from our **external sensory** organs and our muscular system. These nerves allow us to control our muscles, allowing us to move about and perform intricate actions and movements. This system is responsible for controlling our senses of sight, touch, sound, taste and smell. It is also responsible for allowing us to feel sensory feedback like pain, temperature changes and our sense of balance. It also controls certain functions, such as when we blink our eyes.

The peripheral nervous system is essential to the human body. Without it, we cannot move our bodies or perceive the world we live in. Our bodies' organs will also shut down, causing immediate death. Thus, it is necessary to take care of it. You can consult with a neurologist to see what you can do to keep your peripheral nervous system healthy.

https://courses.candelalearning.com/chemistryformajorsx1xmaster/wp-content/uploads/sites/594/2015/05/CNX_Chem_21_06_Penetrate.jpg

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose WAYNE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CRAWFORD, ANITRA E.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

ANITRA E CRAWFORD                                   PRO SE
P.O. BOX 885
Wayne, MI 48184            313-502-2247

## DEFENDANTS
AT&T @ et al

Case 2:16-cv-10218
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 01-22-2016 At 09:40 AM
CMP CRAWFORD V STEPHENSON ET AL (N A)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ❏ 1  U.S. Government Plaintiff | ❏ 3  Federal Question *(U.S. Government Not a Party)* |
| ❏ 2  U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | **PERSONAL INJURY** | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | ❏ 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | |
| | | ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | |
| | | ❏ 555 Prison Condition | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ❏ 2 Removed from State Court   ❏ 3 Remanded from Appellate Court   ❏ 4 Reinstated or Reopened   ❏ 5 Transferred from Another District *(specify)*   ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Noted on Motion Page

Brief description of cause:
Violation of CIVIL RIGHTS

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ TO BE Determined

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*
JUDGE  Stephen J. Murphy III          DOCKET NUMBER  2:13-cv-13358-SJM-PJK

DATE  1/22/16          SIGNATURE OF ATTORNEY OF RECORD  Anitra E. Crawford

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

## PURSUANT TO LOCAL RULE 83.11

1.　　　Is this a case that has been previously dismissed?　　☒ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No

If yes, give the following information:

Court: U.S. EASTERN DISTRICT COURT OF MI

Case No.: 2:13-cv-13358-SJM-PJK

Judge: Stephen J. Murphy, III


2.　　　Other than stated above, are there any pending or previously　　☐ Yes
　　　　discontinued or dismissed companion cases in this or any other　　☒ No
　　　　court, including state court? (Companion cases are matters in which
　　　　it appears substantially similar evidence will be offered or the same
　　　　or related parties are present and the cases arise out of the same
　　　　transaction or occurrence.)

If yes, give the following information:

Court:

Case No.:

Judge:


Notes :

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets.**

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

*Judge's copy & Clerk's office copy*

____109____ + 2 = ____2____ **Complaints.**
# of Defendants          Total

Received by Clerk: _____ Addresses are complete: **NO**

Case:2:16-cv-10218
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 01-22-2016 At 09.40 AM
CMP CRAWFORD V. STEPHENSON ET AL (N A)

☐ If any of your defendants are **government agencies:**
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|
| ☐ Current new civil action filing fee is attached. | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms. |
| Fees may be paid by check or money order made out to: | |
| ***Clerk, U.S. District Court*** | |
| Received by Clerk: _____ Receipt #:_____ | Received by Clerk: **NA** |

### Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address. | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint. ☐ Two (2) completed **Request for Service by U.S. Marshal** form. | ☑ You need not submit any forms regarding the Waiver of Summons to the Clerk. Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need: • One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant. • Two (2) **Waiver of the Service of Summons** forms per defendant. Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |
| Received by Clerk: _____ | Received by Clerk: _____ | |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13